# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY J. DUBORD, | No. 2:16-CV-1402-DMC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

      Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pending before the court is defendant's motion to clarify the court's March 6, 2019, order regarding an award of fees to plaintiff's attorney under the Equal Access to Justice Act (ECF No. 27). Specifically, defendant seeks clarification of the 65-day deadline to pay fees awarded by the court. Good cause appearing therefor, defendant's motion is granted. The court clarifies the March 6, 2019, order to reflect that *initiation* of the payment process within the specified deadline

/ / /

/ / /

/ / /

/ / /

1

constitutes sufficient compliance.

                IT IS SO ORDERED.

Dated: May 29, 2019

                                      DENNIS M. COTA
                                      UNITED STATES MAGISTRATE JUDGE